UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Farook Abdo Saleh,                    ,

　　　　　Plaintiff(s),

　　v.

Safety Holdings, Inc. d/b/a
SambaSafety,                          ,

　　　　　Defendant(s).

Case No. 3:26-cv-03390-CRB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Yaear Weintroub_____, an active member in good standing of the bar of

the States of New York, New Jersey, and Pennsylvania, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiff Farook Abdo Saleh____ in the

above-entitled action. My local co-counsel in this case is Andrew J. Gramajo_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 338144_____.

68-29 Main Street
Flushing, NY 11367
MY ADDRESS OF RECORD

25A Crescent Dr. #402
Pleasant Hill, CA 94523
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(718) 576-1863
MY TELEPHONE # OF RECORD

(415) 638-9140
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

yweintroub@consumerattorneys.com
MY EMAIL ADDRESS OF RECORD

Andrew@Ajglawgroup.us
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

　　I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6153431_____.

　　A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

　　I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2026 _____                Yaear Weintroub _____
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Yaear Weintroub _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __June 2, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California